JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Antonio Candido Rocha, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | EDCV 17-0324-JVS (JPR) |
| Federal Government, | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____        _____
Date                                         United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency            ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☒ Other: The Court denied Plaintiff's IFP application on February 27, 2017, and gave him 30 days to file an amended complaint and revised IFP application. He has not done so or requested an extension of time. Accordingly, this case should be dismissed immediately.

Comments:

4/7/17                                          /s/ Jean Rosenbluth
_____        _____
Date                                         United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
   ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
   ☒ This case is hereby DISMISSED immediately.
   ☐ This case is hereby REMANDED to state court.

April 11, 2017                              /s/ James V. Selna
_____        _____
Date                                         United States District Judge

CV-73 (08/16)                    ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*